ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 SEP -1 AM 10: 02

CLERK JMcCarthy
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MARY D. CARTLEDGE, | ) |
| Plaintiff, | ) |
| v. | ) CV 104-079 |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **AFFIRMED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of the Commissioner.

SO ORDERED this 1st day of Sept., 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Edmund A. Booth, Jr., Esq.
Kenneth C. Etheridge, Esq.
Jeanne D. Harrison, Esq.

CASE NO:        CV105-051
DATE SERVED:    September 1, 2005
SERVED BY:      Cindy Reynolds cr

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate